THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Mikal J. Ruffin, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Cherokee County
 Roger L. Couch, Circuit Court Judge

Memorandum Opinion No. 2011-MO-018
Submitted May 25, 2011  Filed July 11, 2011

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Raymond Elston MacKay, of Anderson, for Petitioner.
 Attorney General Alan Wilson; Chief Deputy Attorney General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott; and Assistant
 Attorney General Suzanne H. White, all of Columbia, for Respondent.
 
 
 

PER CURIAM: We granted a writ of certiorari to review the post-conviction relief court's order denying relief to Petitioner. After careful
consideration of the appendix and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.